# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| YVETTE FRAZIER, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00011 |
| § | |
| ROBERT WILKIE, ACTING SECRETARY § | |
| DEPARTMENT OF VETERANS AFFAIRS § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 22, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and this case is **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas this 7th day of July, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE