IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVETTE FRAZIER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00011 |
| | § | |
| ROBERT WILKIE, ACTING SECRETARY | § | |
| DEPARTMENT OF VETERANS AFFAIRS | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 22, 2021 and Plaintiff's objections to the Memorandum and Recommendation filed on July 7, 2021, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and this case is **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas this 9th day of July, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE